IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHARICKA GREEN,

    Plaintiff,

vs.                                  CASE NO.: 4:07cv442-SPM/WCS

MORRIS YOUNG, SHERIFF,
Gadsden County, Florida,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon notification by counsel for Plaintiff that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 23rd day of July, 2008.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge